IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USAMA S. ABDEL WAHAB, | : | |
| | : | No. 4:CV-05-1036 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | Judge McClure |
| U.S. ATTORNEY GENERAL, | : | |
| | : | A # 79-120-260 |
| Respondent | : | |

**O R D E R**

May 27, 2005

**BACKGROUND:**

On or about May 11, 2005, Usama S. Abdel Wahab (a.k.a. Usama S. Abdel Whab), an alien in the custody of ICE, subject to a final order of removal, and detained at the Pike County Correctional Facility, Lords Valley, Pennsylvania, filed a habeas corpus petition under 28 U.S.C. § 2241 in the United States District Court for the Northern District of California. Over the past year Abdel Wahab filed numerous habeas corpus petitions under § 2241 in the Middle and Eastern Districts of Pennsylvania. For a summary of the petitions known to this court see <u>Abdel Wahab v. United States Attorney General</u>, No. 4 CV-05-763 (M.D. Pa. May 11, 2005) (McClure, J.). On May 18, 2005, the Northern District of California

1

transferred Wahab's petition to the Middle District of Pennsylvania.

On or about May 24, 2005, Wahab (signed as Whab), made a motion to voluntarily withdraw this petition without prejudice.  Wahab also requested a refund of his $5.00 filing fee.

**NOW THEREFORE IT IS ORDERED THAT,**

1. Wahab's motion to voluntarily withdraw his petition without prejudice is granted.  (Rec. Doc. No. 2.)

2. Wahab's request for the return of his filing fee is denied.

2. The Clerk is directed to close the case file.

   s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge